In the Matter of the Application of KARL A. McCORMICK, Proctor of the Bar for the Eighth Judicial District.— Order of reference entered. Present — Cunningham, P. J., Taylor, Dowling, Harris and Larkin, JJ.

In the Matter of the Appointment of a MEMBER OF THE COMMITTEE ON CHAR- ACTER AND FITNESS OF APPLICANTS FOR ADMISSION TO THE BAR FOR THE SEVENTH JUDICIAL DISTRICT.— George J. Skivington, Esq., of Rochester, is appointed a member of the Committee in place of Eugene Raines, Esq., resigned. Present — Cunningham, P. J., Taylor, Dowling, McCurn and Larkin, JJ.